## CHILDRESS v. STATE.
### No. 24801.

Court of Criminal Appeals of Texas.
June 7, 1950.

Rehearing Denied Oct. 11, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., oi Austin, for the State.

GRAVES, Judge.

The conviction is for driving a motor vehicle upon a public street while under the influence of intoxicating liquor. The penalty assessed is a fine of $50.00.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be in regular form.

The judgment is affirmed.